# Dechert LLP

Direct Tel: 212.698.3861
Rodney.Zerbe@dechert.com

VIA FACSIMILE

September 6, 2005

FILED
IN CLERK'S OFFICE
U.S. DISTRICT [COURT]
★ SEP 0 [ ] 2005
P.M.
TIME A.M. _____

Honorable Joan M. Azrack
United States Magistrate Judge
United States District Court
Eastern District of New York
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

BOSTON
BRUSSELS
CHARLOTTE
FRANKFURT
HARRISBURG
HARTFORD
LONDON
LUXEMBOURG
MUNICH
NEW YORK
NEWPORT BEACH
PALO ALTO
PARIS
PHILADELPHIA
PRINCETON
SAN FRANCISCO
WASHINGTON

Re: **National Organization of Travelers Aid Intl., Inc. d/b/a Travelers Aid Intl. v. Federal Ins. Co. and Aon Huntington Block Ins., a Division of Affinity Ins. Services, Inc.**, Civil Action No: 04-4984 (ARR)

Dear Judge Azrack:

We are counsel for the Defendant Aon Huntington Block in the above-referenced action.

We write, with the consent of all parties, to advise the Court of an agreement in principle reached on the settlement of this matter, which the parties are in the process of documenting. On the basis of this development, the parties jointly request that the conference scheduled in this matter for September 8 at 12:45 be adjourned until September 29, or such other date fixed by Your Honor.

Respectfully submitted,

Rodney M. Zerbe

Consented to:

Joshua L. Mallin, Esq.

David H. Topol, Esq.

*Application Granted. Rescheduled to Sept 29, 2005 at 10:30 AM if not settled.*

9-9-05

MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT

Law Offices of Dechert LLP
30 Rockefeller Plaza · New York, NY 10112-2200 · Tel: 212.698.3500 · Fax: 212.698.3599 · www.dechert.com

** TOTAL PAGE.02 **