04-134

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NATIONAL ORGANIZATIONS OF TRAVELERS AID　　　Docket No.　CV 04 4984
INTERNATIONAL, INC. d/b/a TRAVELERS AID
INTERNATIONAL,

                    Plaintiff,　　　　　　　　　STIPULATION OF
  -against-　　　　　　　　　　　　　　　　　　　　DISMISSAL

FEDERAL INSURANCE COMPANY, and AON
HUNTINGTON BLOCK INSURANCE, A DIVISION
OF AFFINITY INSURANCE SERVICES, INC.,

                    Defendants.
-----------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       December 12, 2005

                                   WEG AND MYERS, P.C.
                                   Attorney for Plaintiffs

                                   By_____
                                   Joshua L. Mallin (JM 0474)
                                   52 Duane Street
                                   New York, New York 10007
                                   (212) 227-4210

KORNSTEIN VEISZ WEXLER &
POLLARD, LLP
Attorney for Defendant
FEDERAL INSURANCE COMPANY
757 Third Avenue
New York, New York 10017
(212) 418-8600

By_____
   Mark Platt

DECHERT LLP
Attorney for Defendant
AON HUNTINGTON BLOCK INSURANCE
30 Rockefeller Plaza
New York, New York 10112
(212) 698-3581

By_____

SO ORDERED: 12/28/05

_____
U.S.D.J.

-2-